**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARITZA RIVERA,

                    Plaintiff,                         22 **CIVIL** 5882 (PAE)

       -v-                                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated June 27, 2023, that the final decision of the Commissioner is reversed and the above-captioned action is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:**  New York, New York
           June 27, 2023

                                      **RUBY J. KRAJICK**

                                     _____
                                          **Clerk of Court**

**BY:**        *K. mango*

                                          _____
                                         **Deputy Clerk**